**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:22-cv-02501 |
| ARTURO ROGEL dba RHINO CONSTRUCTION SOLUTIONS, INC.; KOGEN FRIEDMAN DEVELOPMENT, INC. f/k/a KZF DEVELOPMENTS, INC.; TIMBER'S EDGE BUILDERS, LLC and ERIC FARIAS, | ) ) ) ) ) ) ) ) | Honorable John J. Tharp, Jr. |
| Defendants. | ) ) | |

<u>**DEFAULT JUDGMENT ORDER**</u>

Pursuant to the Court's April 25, 2023 Minute Entry (ECF No. 27), IT IS HEREBY

ORDERED:

a. Plaintiff Crum & Forster Specialty Insurance Company's Motion for Default Judgment (ECF No. 25) is granted;

b. Plaintiff Crum & Forster Specialty Insurance Company's Policy does not provide coverage to Defendant Arturo Rogel DBA Rhino Construction Solutions, Inc. for the claims asserted against it in the Underlying Action;

c. Crum & Forster Specialty Insurance Company does not owe a duty under the Policy to defend or reimburse defense costs incurred by Defendant Arturo Rogel DBA Rhino Construction Solutions, Inc. in connection with the claims asserted against it in the Underlying Action;

d. Crum & Forster Specialty Insurance Company does not owe a duty under the Policy to indemnify Defendant Arturo Rogel DBA Rhino Construction Solutions, Inc. in connection with the claims asserted against it in the Underlying Action;

e. All future dates in this action are stricken and this action is hereby terminated.

Dated: 5/5/2023

The Honorable Judge John J. Tharp Jr.,
United States District Court